UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GENE PAUL RICHARDS, SR. | ) | CASE NO. 1:12CV832 |
|     Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| -vs- | ) | |
| | ) | <u>MEMORANDUM OF OPINION</u> |
| COMMISSION | ) | <u>AND ORDER</u> |
| OF SOCIAL SECURITY | ) | |
|     Defendant. | ) | |

The Social Security Administration denied Richards' application for a Period of Disability and Disability Insurance Benefits under Title II of the Social Security Act, 42 U.S.C. §§416(i), 423, et seq.  Richards sought judicial review of the Commissioner's decision, and this Court referred the case to the Magistrate Judge for preparation of a report and recommendation pursuant to 28 U.S.C. 636 and Local Rule 72.2(b)(1).  The matter was fully briefed and on December 17, 2012, the Magistrate Judge issued an R&R, recommending that the case be reversed and remanded.  Doc. 27.  On December 31, 2012, the Commissioner filed a response to the Magistrate Judge's R&R, stating that an objection would not be filed.  Doc. 28.  Richards did not file any objections.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within 14 days after service.  Plaintiff did not filed objections and the Commissioner specifically stated that he did not object.  Thus, any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. This matter is REVERSED and REMANDED for proceedings consistent with the R&R.

IT IS SO ORDERED.

Dated:  February 4, 2013 */s/ John R. Adams*_____
UNITED STATES DISTRICT JUDGE